# Affidavit to Amend Facts

4:20-cv-01417-KGB-PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 15 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I michael O. Robertson swear that the Following statments are true & made on my own Free will.

On or about 12/1/20 I am still suffering From injuries/Pain in the Case matter of Case 4:20-CV-01417-KGB-PSH I asked to go to the Hospital in my paper grievances on 11/11/20 the infirmary had/has knowledge of this & Defendants still has deprieved me of my right to go get Real treatment which caused medical delay medical Interferance & cruel unusal Punishment Violating my 8th, 9th & 14th Amendment right under the U.S. Constitution illegally as of 12/10/20 I Put a grievance in on the Kiosk under grievance # 22047699 asking to go to the Free world Hospital & still being denied