IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**
**#106563**                                                                                                          **PLAINTIFF**

v.                               Case No: 4:20-cv-01417 KGB-PSH

**NEWBURN,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). No objections to the Proposed Findings and Recommendation have been filed, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendation, the Court adopts them in their entirety.

The Court dismisses without prejudice plaintiff Michael Otis Robertson's claims against defendants. The Court denies as moot Mr. Robertson's motion for temporary restraining order (Dkt. No. 7).

So ordered this 17th day of September, 2021.

_____
Kristine G. Baker
United States District Judge